### 8238. KISER COMPANY et al. v. STEWART.

GEORGE, J. Error is assigned upon certain portions of the charge of the court, but it appears that at the conclusion of the charge the court directed a verdict for the claimant. Error in the charge is immaterial, since the evidence demanded a verdict for the claimant. The court did not err in so directing.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED APRIL 25, 1917.

Levy and claim; from Carroll superior court—Judge Freeman. June 8, 1916.

*Boykin & Robinson,* for plaintiffs.

*S. Holderness,* contra.

---

### 8148. HARP v. KERLIN, next friend.

WADE, C. J. There was evidence to sustain a finding in favor of the plaintiff as to at least one of the alleged acts of negligence for which a recovery was sought; pain and suffering could be inferred from the nature and character of the wound inflicted upon the plaintiff (a child of tender years), which rendered him unconscious for a time, from which he bled profusely, and which necessitated his removal to a hospital, and a recovery was authorized therefor; the motion for a new trial is based only on the general grounds as to the sufficiency of the evidence, and the evidence as a whole sufficiently supports the verdict.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED APRIL 25, 1917.

Action for damages; from Fayette superior court—Judge Searcy. August 12, 1916.

*J. W. Culpepper,* for plaintiff in error.  *H. A. Allen,* contra.